**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-513 |
| | § § § § | |
| MICHAEL RAMBARAN, *et al.* | § | |

**O R D E R**

Defendant Rambaran filed an unopposed motion for continuance, (Docket Entry No. 55) The government and cofendants are unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 24, 2014 |
| Responses are to be filed by: | March 10, 2014 |
| Pretrial conference is reset to**:** | **March 17, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **March 24, 2014 at 9:00 a.m.** |

SIGNED on November 12, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge